IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OWEN F SILVIOUS,

               Plaintiff,

v.                                        Civil Case No: 10-0639(JDB)

UNGAR'S FOOD PRODUCTS INC.,       (DC Superior Court No. CA-0001795)
d/b/a DR PRAEGER'S SNESIBLE FOODS  (Judge John Mott)
and
SENSIBLE FOODS LLC, d/b/a
DR PRAEGER'S SENSIBLE FOODS,

               Defendants.

**RECEIVED**
**MAY 2 4 2010**
Clerk, U.S. District and
Bankruptcy Courts

DECLARATION OF COMPLIANCE

    I, Owen F Silvious, declare that on May 4, 2010, I did place the Amended Pleading (Complaint) in the FCI-2 Butner mail system. That I pre-paid first class postage. The Amended Pleading (Complaint) was addressed to the Clerk, United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001. A copy of the Amended Pleading (Complaint) was also placed in the FCI-2 Butner mail system properly addressed to defense counsel as stated in the Certificate of Service attached to the Amended Pleading (Compolaint). Pursuant to case law, the Amended Pleading (Complaint) is deemed filed and service is complete upon mailing when the envelope containing the Amended Pleading (Complaint) is deposited in the prison mail system.

    I declare under penalty of perjury that the foregoing is true and correct 28 USC 1746.

    Executed on ____May 5, 2010____ at FCI-2 Butner, NC.

Owen F Silvious                                 Owen F Silvious
16497077 FCI-2 Butner
PO Box 1500
Butner, NC 27509