IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUN - 3 2010

Clerk, U.S. District and
Bankruptcy Courts

OWEN F SILVIOUS,

            Plaintiff,

v.                                 Civil Action No. 10-0639(JDB)

UNGAR'S FOOD PRODUCTS INC., et al.,

            Defendants.

REQUEST FOR COURT TO TAKE JUDICIAL NOTICE

Now comes plaintiff, Owen F Silvious, pursuant to Rule 201(b)(d), of the Federal Rules of Evidence and ask this Court to take Judicial Notice of the following cases:

BREAKMAN v. AOL LLC, 545 F. Supp. 2d 96(DC DC 2008). This case was decided by this Honorable Judge John D. Bates. This court remanded the civil action back to the Superior Court of the District of the District of Columbia . Plaintiff ask this court to apply the BREAKMAN case to his civil action and remand the above styled action to the Superior Court. Plaintiff further ask this court to take Judicial Notice of GRAYSON v. AT & T CORPORATION, 2009 D.C. App. LEXIS 460(DC Ct of Appeals 2009) which is binding on this court and the Superior Court because the DC Court of Appeals is the highest state court for the District of Columbia for the purpose of interpreting the District of Columbia Statutes.

Owen F Silvious                            Respectfully submitted,
16497077 FCI-2 Butner
PO Box 1500
Butner, NC 27509                            Owen F Silvious

                                                        6/1/10

CERTIFICATE OF SERVICE

I certify that a copy of the Request for Court to Take Judicial Notice was served upon the following persons by first class mail, postage prepaid on June 1, 2010.

Scott Taggert, Esq.
DECHERT LLP
1775 I Street, NW
Washington, DC 20006

Attorney for Defendants.

*(signature)*
Owen F Silvious