IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

"Let this be filed.

/s/ John D. Bates          6/23/10
John D. Bates                Date
U.S. District Judge"

OWEN F SILVIOUS,

          Plaintiff,

v.                              Civil Action No. 10-0639(JDB)

UNGAR'S FOOD PRODUCTS INC.,
d/b/a DR PRAEGERS SENSIBLE FOODS
and
SENSIBLE FOODS LLC., d/b/a
DR PRAEGERS SENSIBLE FOODS,

          Defendants.

REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS

    Now comes Plaintiff Owen F Silvious, pursuant to Rule 55(a) of the Federal Rule of Civil Procedures and request the Clerk of the Court to ENTER A DEFAULT against both defendant's for their intentional failure to file a Responsive Pleading to plaintiff's Amended Pleading (Complaint) filed with this court.

    On May 4, 2010, plaintiff served defense counsel for defendant's a copy of the Amended Pleading (Complaint) at the same time that he filed the Amended Pleading (Complaint) with the Court by mail under the prison mail box rule. Allowing three days for mail service, defense counsel would have received the Amended Pleading (Complaint) on Monday, May 10, 2010. Pursuant to Amended Rule 15(a)(3) defendants were required to file a response within 14 days after service of the Amended Pleading (Complaint). Pursuant to Rule 5, Service is complete upon mailing. Defendant's had until May 24, 2010 in which to file their Responsive Pleading to plaintiff's Amended Pleading (Complaint). It has now been well over the 14 day period and defendant's have intentionally failed to file the required Responsive Pleading to the Amended Pleading(Complaint).

    Because defendant's have not filed the required Responsive Pleading within the required 14 day period, plaintiff Request the Clerk to immediately ENTER DEFAULT against defendants Ungar's Food Products Inc., d/b/a as Dr Praeger's

Sensible Foods and Sensible Foods LLC., d/b/a Dr Praeger's Sensible Foods, for defendants willful and intentional failure to file a Response to the Amended Complaint within the 14 day period required by Amended Rule 15(a)(3) of the Federal Rule of Civil Procedures. Plaintiff points out to the Clerk and the Court that a copy of the Amended Complaint was served upon two different law firms (attorney's) representing defendants. Neither of the law firms have filed a Resposne to the Amended Complaint as of the date herein. The 14 day period has long expired and the Clerk is requested to immediately ENTER DEFAULT against defendant's as required by Rule 55(a) of the Federal Rules of Civil Procedures. The Clerk has no option to refuse to enter default against defendant's unless the Court makes a determination that this Court does not have jurisdiction over this action based on the Amended Complaint allegations and cases cited by plaintiff in his Motion to Remand. Then the default would be invalid.

    The Clerk is requested to immediately ENTER DEFAULT against both defendants stated in the caption without delay and notify plaintiff that default has been entered against defendants.

Owen F Silvious  
16497077 FCI-2 Butner  
PO Box 1500  
Butner, NC 27509

Respectfully submitted,

Owen F Silvious, Plaintiff  
6-17-10

### DECLARATION

    I declare under penalty of perjury that the facts stated in this Request for Clerk to Enter Default Against Defendant's are true and correct based on the fact that plaintiff has not received any copies of any Response to his Amended Complaint from dfeendant's as of the date stated below.

Executed this 17th day of June 2010 at FCI-2 Butner, NC.

Owen F Silvious   6-17-10

NOTE TO CLERK:    Because defendant's are in default, plaintiff did not serve a copy of thid Request upon defense counsel.

    Rule 55(a) states the Clerk "must" enter default.