UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

OWEN F SILVIOUS,

Plaintiff,

v.

UNGAR'S FOOD PRODUCTS INC., d/b/a
DR PRAEGER'S SENSIBLE FOODS and
SENSIBLE FOODS LLC., d/b/a DR
PRAEGER'S SENSIBLE FOODS,

Defendants.

Civil Case No. 1:10-cv-00639 (JDB)

## ORDER

This matter is before the Court on the Plaintiff's Motion to Remand and Defendants' Opposition to Plaintiff's Motion to Remand and Cross-Motion to Dismiss or Stay the Action. Upon consideration of the motions, the oppositions thereto, and replies, if any, it is hereby ORDERED this _____ day of _____, 2010, as follows:

1. Plaintiff's Cross-Motion to Dismiss or Stay the Action is granted and Plaintiff's Motion to Remand is denied.

2. This action is:

   _____ dismissed.

   _____ stayed, pending the final determination of the previously-filed litigation pending before the District of New Jersey, captioned *Elias, et al. v Ungar's Food Products, Inc.*, docket number 06-CV-2448 (KSH).

3. A copy of this Order shall be served upon all parties of record within ____ days of receipt of this Order by Defendants' counsel.

**SO ORDERED.**

                                                                          _____
                                                                          Hon. John D. Bates, U.S.D.C.


To:   Owen F. Silvious
        16497077 FCI 2 Butner
        P.O. Box 1500
        Butner, NC 27509
        Plaintiff