UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Owen F. Silvious,<br><br>    Plaintiff,<br><br>        v.<br><br>Ungar's Food Products Inc., *et al.*,<br><br>    Defendants. | Civil Action No.  10-0639 (JDB) |

**ORDER**

Plaintiff seeks reconsideration of the Order of June 22, 2010, denying his motions to amend the complaint and to remand the case to Superior Court.[1]  In the proffered amended pleading, plaintiff certifies that he deposited the document in his prison's mailbox on May 4, 2010, which was within 21 days of the date defendants served their Answer on plaintiff.  *See* Answer of Defendants [Dkt. No. 4-1] at 8 (certifying service by mail on April 13, 2010).  Hence, plaintiff correctly asserts that he could have amended the complaint once as a matter of course under Fed. R. Civ. P. 15(a)(1)(B).  Accordingly, it is

**ORDERED** that plaintiff's motion for reconsideration [Dkt. No. 14] is **GRANTED in part** and **DENIED in part**; it is

**FURTHER ORDERED** that the amended pleading [Dkt. No. 5] is deemed filed; and it is

---

[1]  Plaintiff also states that "he has no objection if the Court SIGNS [defendants'] Proposed Order dismissing the action," Mot. to Reconsider at 2, but he has neither filed a motion to dismiss nor stated that he concedes defendants' motion to dismiss.  Plaintiff has until July 23, 2010, to respond to defendants' dispositive motion, failing which the case will be dismissed.

**FURTHER ORDERED** that plaintiff's motion for entry of default against defendants for failing to respond to the amended pleading [Dkt. No. 12] is **DENIED**.

Dated: July 19, 2010

/s/
JOHN D. BATES
United States District Judge