IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Owen F Silvious,

        Plaintiff,

v.                        Civil Action No. 10-0639-JDB

Ungar's Food Products, Inc., et al.,

        Defendants.

**RECEIVED**

**JUL 2 6 2010**

Clerk, U.S. District and
Bankruptcy Courts

MOTION FOR EXTENSION OF TIME

    Now comes plaintiff, Owen F Silvious and ask this Court to grant him additonal time in which to file a reply to defendant's Motion to Dismiss. In support, plaintiff states the following:

    1. FCI-2 Butner has over 1,300 inmates and the law library is not equiped to handle that many inmates. There are only 15 Lexis Nexis Law Research computers in the law library. There are no up-to-date legal books in the law library. There are only ten (10) typewriters that work in the law library for the use of the more than 1,300 inmates.

    2. Pursuant to the Order of this Court, this Court stated that plaintiff had until July 23, 2010 to respond th defendant's Motion to Dismiss. Plaintiff received that Order on July 21, 2010. The Order was dated July 19, 2010. It's impossible for plaintiff to file a response by July 23, 2010.

    Because of the reasons stated above, plaintiff ask this Court to grant an extension of time to file a response to defendant's motion until August 15, 2010.

Owen F Silvious
16497077 FCI-2 Butner
PO Box 1500
Butner, NC 27509

Respectfully submitted,

*[signature]*
Owen F Silvious, Pro se

7-22-10

CERTIFICATE OF SERVICE

I certify that a copy of the afore said Motion for Extension of Time was served upon the following persons by first class mail, postage prepaid on the 22nd day of July 2010 by depositing the same in the FCI-2 Butner mailsyetem:

Mr Scott M. Taggart, Esq.
DECHERT LLP
1775 I Street, NW
Washington, DC 20006

Attorney for defendants.

*Owen F Silvious*
7-22-10