UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Owen F. Silvious,<br><br>Plaintiff,<br><br>v.<br><br>Ungar's Food Products Inc., *et al.*,<br><br>Defendants. | Civil Action No.  10-0639 (JDB) |

### ORDER

Plaintiff moves for an extension of time to August 15, 2010, to respond to defendants' motion to dismiss or to stay the case.  He refers to the Order of July 19, 2010, as directing such a response, but the Court first advised plaintiff of his obligation to file a response by July 23, 2010, in the Order of June 22, 2010.  It is

**ORDERED** that plaintiff's motion for an extension of time [Dkt. No. 20] is **GRANTED**; it is

**FURTHER ORDERED** that the Clerk shall include with plaintiff's copy of this Order a copy of the Order of June 22, 2010 [Dkt. No. 10]; and it is

**FURTHER ORDERED** that by **August 31, 2010**, plaintiff shall file his response to defendants' motion to dismiss or to stay the proceedings, or, as previously advised, the Court will treat the motion as conceded and may either dismiss the complaint or stay these proceedings pending the outcome of proceedings in the District of New Jersey.

s/
JOHN D. BATES
United States District Judge

Dated: August 3, 2010